[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15704
Non-Argument Calendar
_____

D.C. Docket No. 4:08-cr-00029-RH-CAS-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CELSO GUERRA,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(August 28, 2013)

Before HULL, JORDAN and HILL, Circuit Judges.

PER CURIAM:

William E. Bubsey, appointed counsel for Celso Guerra in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guerra's convictions and sentences in the instant case are **AFFIRMED.**

However, there appears to be a typographical error in the judgment for the instant case.  Guerra's statutes of conviction are listed as, in part 21 U.S.C. § 841(b)(1)(A)(**vii**), in count one and 21 U.S.C. § 841(b)(1)(A)(**iii**), in count three. It appears that both statutes should instead refer to 21 U.S.C. § 841(b)(1)(A)(viii). Accordingly, the judgment is **VACATED** and the case is **REMANDED** for the limited purpose of correcting a clerical error in the judgment.  *See United States v. Massey*, 443 F.3d 814, 822 (11th Cir. 2006).

2